PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Faustino Quintanilla      **Docket Number:** 0312 2:01-00234X-001

**Name of Sentencing Judicial Officer:** HONORABLE T.S. Ellis III

**Date of Original Sentence:** 05/24/01

**Original Offense:** Conspiracy to Import More than 500 Grams of a Controlled Dangerous Substance, in violation of Title 21 U.S.C. § 952

**Original Sentence:** 37 months imprisonment

**Type of Supervision:** TSR (48 months)      **Original Date Supervision Commenced:** 02/21/03

**Assistant U.S. Attorney:** To be Assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To be Assigned, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On May 20, 2008, the offender was arrested by Elizabeth, New Jersey Police and charged with Promoting Prostitution. Charges were referred to New Jersey Superior Court, Union County, and are pending Grand Jury. Offender was released on May 21, 2008, after posting a $1,500 bond. |
| 2 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>On June 3, 2008, the offender was randomly drug tested and laboratory results confirmed the urine specimen he submitted was positive for cocaine. |

3    The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

    As of the date of this report, the offender has failed to contact or notify the U.S. Probation Office of his arrest on May 20, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth Villa
U.S. Probation Officer
Date: 6/10/08

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

/18 June 2008
Date